ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Attorneys for Defendant*
*Wal-Mart Stores Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE BAKER, individually,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02218-GMN-VCF<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for WAL-MART STORES, INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-captioned matter.

Specifically, undersigned counsel requests the following names and addresses be removed from the electronic service list:

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

Megan Elizabeth Wessel   mwessel@psalaw.net

DATED this 7th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
         4-7-2022
DATED _____

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through CM/ECF File & Serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| JOSHUA L. BENSON, ESQ.<br>Nevada Bar No. 10514<br>BENSON ALLRED, PLLC<br>6250 N. Durango Drive<br>Las Vegas, NV 89148 | Phone 702-820-0000<br>Fax      702-820-1111 | Plaintiff |
| ELIZABETH A. SKANE, ESQ.<br>Nevada Bar No. 7181<br>SARAI L. THORNTON, ESQ.<br>Nevada Bar No. 11067<br>SKANE MILLS LLP<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144 | Phone: 702-363-2535<br>Fax:     702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of Phillips Spallas & Angstadt