Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WAL-MART STORES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE BAKER,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | **CASE NO.: 2:19-cv-02218-GMN-VCF**<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff BONNIE BAKER ("Plaintiff"), and Defendant WAL-MART STORES, INC. (hereinafter "WALMART"), by and through their respective counsel that 1) the Trial in this matter, which is currently set for August 22, 2022, be continued for approximately 120 days, or as soon thereafter as the Court may deem proper; and 2) that all pre-trial cut-off dates be extended accordingly with the new trial date scheduled by the Court.

**IT IS HEREBY FURTHER STIPULATED** that good cause exists for such continuance for the following reasons:

1. The parties in this matter have agreed to participate in a settlement negotiations;

2. Moreover, lead trial counsel for WALMART defendants is not available to try this case on the August 22, 2022 trial stack. While Counsel has several cases set on this stack, three are approaching the five year rule and are set for trial as follows: *Robert Shapiro v. CSA Insurance, et al*, case number 37-2017-00041135-VU-BC-CTL that is set to go on July 25, 2022 in Superior Court of the State of California, for the County of San Diego; *Alexis Hernandez Mendez v. Loper Enterprises*, case number A-17-751932-C that is set to go on August 8, 2022 in District Court, Clark County, Nevada; and *Jerry Vergara v. City of Santa Monica*, case number BC684705 that is set to go on August 22, 2022 in Superior Court of the State of California, for the County of Los Angeles.

3. The parties further stipulate that all pre-trial deadlines shall be calculated in accordance with the new trial date. This will allow the parties to avoid the time and expense associated with completing discovery and preparing for trial, so that the parties can focus their time and resources towards potentially resolving this case and avoiding trial.

**IT IS SO STIPULATED.**

DATED: July 15, 2022

BENSON ALLRED

By: /s/Joshua L. Benson

Joshua L. Benson, Esq. (Bar No. 10514)
josh@bensonallred.com
Attorneys for Plaintiff,
BONNIE BAKER

DATED: July 15, 2022

SKANE MILLS LLP

By: /s/ Elizabeth Spaur

Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
Attorneys for Defendants,
WAL-MART STORES, INC.

**ORDER**

Pursuant to the Joint Stipulation among the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED**, that the Trial on this matter be continued to 1/9/2023 at 8:30 a.m.; and Calendar Call be continued to 1/3/2023 at 9:00 a.m.

**IT IS FUTHER ORDERED** that all trail related deadlines shall be extended accordingly with the new Trial date.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

**Yesenia Lutes**

| | |
|---|---|
| **From:** | Joshua Benson <josh@bensonallred.com> |
| **Sent:** | Friday, July 15, 2022 8:54 AM |
| **To:** | Yesenia Lutes; Elizabeth Spaur |
| **Cc:** | Teresa Regalado |
| **Subject:** | RE: [External Sender] Baker v. Walmart |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | YL TO DO |

You may use my electronic signature.

**From:** Yesenia Lutes <ylutes@skanemills.com>
**Sent:** Wednesday, July 13, 2022 11:11 AM
**To:** Elizabeth Spaur <espaur@skanemills.com>; Joshua Benson <josh@bensonallred.com>
**Cc:** Teresa Regalado <teresa@bensonallred.com>
**Subject:** RE: [External Sender] Baker v. Walmart

Mr. Benson:

Per Ms. Spaur, attached please find our draft stipulation to continue trial for your review and approval. If you approve of the attached, please confirm that we have your authorization to insert your electronic signature.

Thank you.




Yesenia Lopez-Lutes, Paralegal
1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144
p: 702-363-2535 ext. 505
ylutes@skanemills.com | skanemills.com
LOS ANGELES * SAN DIEGO * SAN FRANCISCO * LAS VEGAS

THE INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message is intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone at the number below and do not disclose the contents, use it for any purpose, or store or copy the information in any medium.