**SODW**
Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE BAKER,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02218-GMN-VCF<br><br>STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WAL-MART STORES, INC., WITH PREJUDICE |

COMES NOW, Defendant WAL-MART STORES, INC. (hereinafter "Defendant"), by and through its counsel of record, the law firm of SKANE MILLS LLP, and hereby advises this Court that Defendant and Plaintiff have recently reached a settlement in the above-captioned matter.

**IT IS HEREBY STIPULATED** by and between Plaintiff, BONNIE BAKER ("Plaintiff"), by and through her counsel of record, Joshua L. Benson, Esq. of BENSON ALLRED, and Defendant WAL-MART STORES, INC., by and through their counsel of record, Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff BONNIE BAKER against Defendant WAL-MART STORES, INC. and any amendments thereafter, are

1

1  hereby dismissed with prejudice against WAL-MART STORES, INC.  Each party to bear their
2  own attorneys' fees and costs.
3        **IT IS SO STIPULATED.**
4
5  DATED this 30 day of December, 2022.          DATED this 30th day of December, 2022.
6  BENSON ALLRED                                 SKANE MILLS LLP
7
8       /s/                                           /s/ Elizabeth C. Spaur
   By:_____               By:_____
9  Joshua L. Benson, Esq. (Bar #10514)           Elizabeth C. Spaur, Esq. (Bar #10446)
   josh@bensonallred.com                         espaur@skanemills.com
10 6250 North Durango Drive                      1120 Town Center Drive, Suite 200
   Las Vegas, Nevada  89149                      Las Vegas, Nevada  89144
11
12 Attorney for Plaintiff,                       Attorneys for Defendant,
   BONNIE BAKER                                  WAL-MART STORES, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26 ///
27 ///
28 ///

2

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, BONNIE BAKER, against Defendant WAL-MART STORES, INC., in the above-captioned matter, United States District Court, Case No. 2:19-cv-02218-GMN-VCF, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant WAL-MART STORES, INC. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

Dated this  30  day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

SKANE MILLS LLP

s/ By: /s/ Elizabeth C. Spaur
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
T: (702) 363-2535

Attorneys for Defendant,
WAL-MART STORES, INC.